USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        - against -                :        ORDER

STEVEN BYERS and                   :        08 Cr. 1092 (DC)
JOSEPH SHERESHEVSKY,
                                   :
                Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

The Court having concluded, based on their representations on the record today, that defendants Steven Byers and Joseph Shereshevsky qualify for the appointment of counsel under the Criminal Justice Act (the "CJA"),

IT IS HEREBY ORDERED as follows:

1.  Margaret M. Shalley, Esq., a member of the Court's CJA Panel, is appointed under the CJA to represent defendant Steven Byers in this case;

2.  Michael Hueston, Esq., a member of the Court's CJA Panel, is appointed under the CJA to represent defendant Joseph Shereshevsky in this case;

3.  Both Ms. Shalley and Mr. Hueston are authorized to employ the services of a second attorney in this case, in accordance with this Court's CJA Mentoring Program;

4.  Martin Siegel, Esq., and John Meringolo, Esq., are hereby relieved as counsel for Mr. Shereshevsky; they shall cooperate with incoming counsel in the transfer of the case; and

5.  To the extent they have appeared in this action for purposes of bail, Michael Ross, Esq., and Perry Krinsky,

Esq., are hereby relieved as counsel for Mr. Byers; they shall cooperate with incoming counsel in the transfer of this case.

SO ORDERED.

Dated:   New York, New York
         February 10, 2009

                                   _____
                                   DENNY CHIN
                                   United States District Judge