# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/09

November 20, 2009

Hon. Denny Chin
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

NOV 24 2009

**Re: United States v. Byers, et al
08 Cr. 1092(DC)**

Dear Judge Chin:

    I, along with Michael O. Hueston, represent defendant **Joseph Shereshevsky** pursuant to assignment under the Criminal Justice Act. I write on behalf of myself and Mr. Hueston, as well as our assigned paralegal Michael Kushner, to respectfully request permission to submit interim vouchers for services performed in this case.

    As Your Honor is aware, due to the enormous quantity of relevant documents and events involved in this case, the litigation preparation is both complex and time consuming. As an example, we will soon receive, pursuant to subpoena, approximately 800,000 documents comprising more than one million pages.

    The granting of this application would assist counsel in the management of their practices as we move forward in our review and preparation..

    Thank you for your consideration to this request and your continued courtesies to counsel.

Approved
SO ORDERED.

Very sincerely,

Richard H. Rosenberg.

USDJ 11/25/09