```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

UNITED STATES OF AMERICA,
                                        NOTICE OF PRETRIAL
                                        MOTIONS FOR DEFENDANT
                                        JOSEPH SHERESHEVSKY
            -against-
                                        S1-08-cr-1092 (DC)
STEVEN BYERS,  and
JOSEPH SHERESHEVSKY,

                          Defendants.

------------------------------------------- x
```

       PLEASE TAKE NOTICE, that upon the annexed declaration of Michael O. Hueston, Esq., dated February 16, 2010, and the exhibits attached thereto, the accompanying memorandum of law, dated February 16, 2010, and upon all prior proceedings held herein, defendant will move before the Honorable Denny Chin, United States District Judge, at the United States Courthouse for the Southern District of New York, on March 24, 2010, for the following relief: (1) an order striking those portions of the Indictment that are surplusage pursuant to Fed. R. Crim. Pro. 7(d); (2) an order directing the government to provide advance notice of all evidence it intends to offer at trial against him pursuant to Fed. R. Evid. 404(b); (3) reservation of the right to make motions on evidence not yet received; and (4) such other and

further relief as the Court may deem just and proper.


Dated:    New York, New York
          February 16, 2010


                              Respectfully submitted,



                              _____s/_____
                              MICHAEL O. HUESTON, ESQ.
                              *Attorney for Defendant Joseph*
                              *Shereshevsky*
                              350 Fifth Avenue, Suite 4810
                              New York, New York 10118
                              (212) 643-2900

                              RICHARD H. ROSENBERG, ESQ.
                              *Attorney for Defendant Joseph*
                              *Shereshevsky*
                              217 Broadway, Suite 707
                              New York, New York 10007
                              (212) 586-3838



To:   Lisa Baroni, Esq.
      Assistant United States Attorney

**DECLARATION OF SERVICE**

Michael O. Hueston, Esq. declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

On February 16, 2010, I served the annexed Notice of Defendant's Pretrial Motions, Memorandum of Law in Support, and Declaration in Support, on:

> Lisa Baroni, Esq.
> Assistant United States Attorney
> United States Attorney for the
> Southern District of New York
> One St. Andrew's Place
> New York, New York 10007
>
> Defense Counsel

[X]  BY ELECTRONIC CASE FILING
[ ]  BY HAND
[ ]  BY FIRST CLASS MAIL
[ ]  BY FACSIMILE WITH PERMISSION

Dated:   New York, New York
         February 16, 2010

____s/_____
MICHAEL O. HUESTON, ESQ.
350 Fifth Avenue, Suite 4810
New York, New York 10118
(212) 643-2900